**Order entered October 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01472-CV

### IN RE FEYSAL AYATI-GHAFFARI, Relator

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-03108-2013**

## ORDER

Before Justices Moseley, Lang-Miers, and Evans

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/      DAVID EVANS
          JUSTICE